No. 39502.—Protests 592401–G, etc., of Paolo Alonge & Bro. et al. (New York).

Opinion by KEEFE, J. In accordance with stipulation of counsel and on the authority of *Locatelli* v. *United States* (T. D. 48284 and T. D. 49389) the protests were sustained.

No. 39503.—Protest 949338–G of Luigi Vitelli-Elvea,.Inc. (New York).

Opinion by KEEFE, J. In accordance with stipulation of counsel and on the authority of *Locatelli* v. *United States* (T. D. 49389) the protest was sustained.

No. 39504.—Protest 941876–G of Steinberger Bros. Glove Corp. (New York).

Opinion by KEEFE, J. It was established that the case was damaged and that eight dozen and four pairs of gloves were missing. The protest was accordingly sustained.

No. 39505.—Protests 921978–G, etc., of John Alban & Co. et al. (New York).

Opinion by KEEFE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE FIRST DIVISION, OCTOBER 3, 1938

No. 39506.—Protests 640376–G, etc., of Union Brokerage Co. (Pembina).

Opinion by McCLELLAND, P. J. It appeared that the merchandise consists of cedar timbers 9 x 9 inches in cross-section or over. On the authority of *Laurence Phillips Lumber Co.* v. *United States* (T. D. 49624) the timber was held not subject to the tax in question and the protests were sustained.

No. 39507.—Protest 787835–G of F. W. Woolworth Co. (San Francisco).

Opinion by SULLIVAN, J. On the authority of *United States* v. *Woolworth* (24 C. C. P. A. 338, T. D. 48770) the rubber balls in question were held dutiable at 30 percent under paragraph 1502 as claimed.